UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-CR-2018-H |
|---|---|
| Plaintiff, | FINAL ORDER OF CRIMINAL FORFEITURE |
| v. | |
| KENNETH JON CORBETT, | |
| Defendant. | |

WHEREAS, in the Indictment, the United States sought forfeiture of all right, title, and interest in the currency and motorcycle of Defendant KENNETH JON CORBETT ("Defendant"), pursuant to Title 31, United States Code, Section 5332(b)(2) as the property, real and personal, was involved in the offense set forth in Counts 1 through 4, in violation of Title 31, United States Code, Section 5332(a) and (b) as charged in Counts 1 through 2 and in violation of Title 18, United States Code, Section 1001, as charged in Counts 3 through 4 of the Indictment; and,

WHEREAS, on or about March 14, 2024, Defendant pled guilty before Magistrate Judge Michelle M. Pettit to offense set forth in Count 1 of the Indictment, charging the defendant with Bulk Cash Smuggling in violation of violation of Title 31, United States Code, Section 5332(a) and (b), consented to the forfeiture allegations of the Indictment, and agreed pursuant to Title 31, United States Code, Sections 5317(c) and 5332(a)(1),

(b)(2), and (c)(3), to forfeit all of the specific properties seized in connection with this case including but not limited to the following:

    a.    $99,093.00 U.S. Currency;

    b.    Veloci Dual Sport Motorcycle with Mexico, Baja California, license plate UDL2H; and

WHEREAS, on April 03, 2024, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited specific properties and the offenses; and

WHEREAS, on or about June 19, 2024, the currency plans to be administratively forfeited in the Southern District of California by the U.S. Customs and Border Protection ("CBP") and

WHEREAS, the Veloci Dual Sport Motorcycle with Mexico, Baja California, license plate UDL2H, was returned to the defendant, KEVIN CORBETT;

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received; and

According, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title, and interest of Defendant KENNETH JON CORBETT in the following properties are hereby forfeited to the United States:

    a.    $99,093.00 U.S. Currency;

2. The Court reaffirms the completed administrative forfeiture proceedings as to the aforementioned assets and therefore no ancillary proceedings or further forfeiture actions are required in this case.

3. This order shall be incorporated and included as a part of the judgment in this case when Defendant is sentenced.

DATED: August 26, 2024

Honorable Marilyn L. Huff
United States District Judge